UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

DAVID MICHAEL BEST                                                                                              PLAINTIFF

v.                                                                              CIVIL ACTION NO. 3:07CV-227-S

WEST POINT BANK                                                                                              DEFENDANT

## MEMORANDUM OPINION AND ORDER

This matter is before the court on the motion of the defendant, West Point Bank, to dismiss the plaintiff's claims asserted in his original complaint under the Truth in Lending Act, 15 U.S.C. § 1600 *et seq.* and Regulation Z, 12 C.F.R. Part 226.

The plaintiff has filed an amended complaint in which he asserts additional federal and state claims. The dismissal motion is directed only at the Truth in Lending claims asserted in the original complaint.

Upon review, it appears that the Truth in Lending Act claims asserted in the original complaint were filed outside the limitation period provided by 15 U.S.C. § 1640(e).

Accordingly, the Truth in Lending Act claims asserted by the plaintiff in the original complaint are **DISMISSED WITH PREJUDICE**.

The plaintiff's first and second motions to strike are **DENIED**, it appearing to the court that any defects in the defendant's disclosure have been properly remedied.

**IT IS SO ORDERED** this

cc:       Counsel of Record